# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN CORKUM,<br><br>　　　　Defendant. | Case No. 2:14-cr-114-KJD-GWF<br><br>**Order Granting Motion to Dismiss the Indictment** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Kevin Corkum.

　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　*s/*Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Kevin Corkum, it is hereby ordered that the warrant for his arrest, issued March 25, 2014, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the Criminal Indictment, be unsealed.

DATED this __30th__ day of __August__, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE KENT J. DAWSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE